KORTPETER *v.* TALBOTT and Others.

RIVET *v.* THE SAME.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—The objections to the judgment in this case are based upon matter of fact, not of law. The record does not sustain the objections.

The judgment is affirmed with 3 per cent. damages and costs.

*R. L. Walpole* and *K. Ferguson*, for the appellants.

*A. A. Hammond*, for the appellees.